IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01935-RMR-MDB

COLTON WOLFE

Plaintiff,

v.

DANIEL CALHOUN, IN PERSONAL AND PROFESSIONAL CAPACITY,

ALLEN COOPER, IN PERSONAL AND PROFESSIONAL CAPACITY,

DANIEL VICTORIA, IN PERSONAL AND PROFESSIONAL CAPACITY,

KAITLIN B TURNER, IN PERSONAL AND PROFESSIONAL CAPACITY,

AARON PEMBLETON,  IN PERSONAL AND PROFESSIONAL CAPACITY,

SUNNY BRYANT,  IN PERSONAL AND PROFESSIONAL CAPACITY,

Debbie Bell, DEBBIE BELL,  IN PERSONAL AND PROFESSIONAL CAPACITY,

DWAYNE MC FALL, IN PERSONAL AND PROFESSIONAL CAPACITY

 KEVIN GRANTHAM, IN PERSONAL AND PROFESSIONAL CAPACITY

FREEMONT COUNTY A MUNICIPALITY.

US Bank, a corporation.

RESPONSE TO COUNTY DEFENDANTS' MOTION TO DISMISS (Doc # 75) SECOND
AMENDED COMPLAINT

I Colton Wolfe Pro Se Respectfully Responses to COUNTY DEFENDANT'S MOTION TO
DISMISS SECOND AMENDED COMPLAINT. (Doc # 75)

SAC. Shall stand for Amended Complaint (Doc #68)

Exhibit 1 Complaint to Fremont County government is Doc # 55-3

I.     **TURNER AND PEMBLETON ARE ENTITLED TO ABSOLUTE
PROSECUTORIAL IMMUNITY.**

TURNER AND PEMBLETON, new all of my activity was religious. However they continued with their frivolous and malicious prosecution.

## II.   PLAINTIFF'S FIRST CLAIM FOR RELIEF FOR VIOLATION OF FIRST AMENDMENT FREE EXERCISE OF RELIGION SHOULD NOT BE DISMISSED.

Defendants cite numerous laws in regards to religion.

However, where a law is not specifically directed at religious practice and is constitutional as applied to conduct that the State is free to regulate, an individual's religious beliefs do not excuse him from compliance. United States v. Meyers, 95 F.3d 1475, 1480–1481 (10th Cir.1996) (citing Smith, 494 U.S. at 882–883, 878–879). The right of free exercise does not relieve an individual of the obligation to comply with a "valid and neutral law of general applicability on the ground that the law proscribes (or prescribes) conduct that his religion prescribes (or proscribes)." United States v. Lee, 455 U.S. 252, 263, n.3 (1982). (Doc # 75 P. 6)

RFRA prohibits the Federal Government from substantially burdening a person's exercise of religion, "even if the burden results from a rule of general applicability," 42 U. S. C. § 2000bb-1(a), except when the Government can "demonstrate] that application of the burden to the person — (1) [furthers] a compelling governmental interest; and (2) is the least restrictive means of furthering that . . . interest," § 2000bb-1(b).

*Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal*, 546 U.S. 418, (2006)

## Spiritual acts that use Controlled substances can be protected by Federal laws.

"Members of respondent church (UDV) receive communion by drinking *hoasca*, a tea brewed from plants unique to the Amazon Rainforest that contains DMT, a hallucinogen regulated under Schedule I of the Controlled Substances Act, see 21 U. S.C. § 812(c), Schedule 1(c)." *Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal*, 546 U.S. 418, (2006)

"*Held:* The courts below did not err in determining that the Government failed to demonstrate, at the preliminary injunction stage, a compelling interest in barring the UDV's sacramental use of *hoasca.* Pp. 427-439. " *Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal*, 546 U.S. 418, 419 (2006)

County Defendants Could have followed the law, County Defendants could have treated my Church just like a State Cannabis Business under Colorado Law. They could have just left me alone.  I state this in the beginning of my Second Amended Complaint.

My church, should have been treated the in the same way a secular buisnesses are treated in Colorado. Throughout this I was guided by the following laws.

Government is not free to disregard the First Amendment in times of crisis. At a minimum, that Amendment prohibits government officials from treating religious exercises worse than comparable secular activities, unless they are pursuing a compelling interest and using the least restrictive means available. See *Church of Lukumi Babalu Aye, Inc. v. Hialeah, 508 U. S. 520, 546 (1993).*
*Roman Catholic Diocese of Brooklyn v. Cuomo, No. 20A87, 8 (U.S. Nov. 25, 2020)*

State license retail marijuana grows are growing over 13,000 plants, I was growing under 100, and all my plants were destroyed by Defendants DANIEL CALHOUN, and Alan Cooper . However State licensed secular businesses are allowed to act in violations of Federal laws with impunity. (SAC. Doc# 68 P.6)

Defendant should have followed the Clearly established law. To include law,  I had already sent County Defendants Notice of. *Leary v. United States*, 395 U.S. 6, 89 S. Ct. 1532 (1969), *Murdock v. Pennsylvania*, 319 U.S. 105, 63 S. Ct. 870 (1943)

3

Defendants were given multiple notices I was engaged in religious Activity.  I also Asked for a hearing.

Demand of hearing Document can be seen. ( SAC. Doc # 68 P. 16)

On or around 8/22/2019 I sent a "Demand for Hearing in case 19-43" the first thing, I request of course is a hearing. I also clearly explained what my activities are on my father's land:

" My activities are religious and property is real religious property and if any property is damaged it will be considered obstruction of my free exercise and may be considered arson. The private location being spoken about is a sanctuary."

 I cite rules from. §2000cc. Protection of land use as religious exercise

 I also tell the government:

" Many courts, including the U.S. Supreme Court has already ruled on the subject. Your entire scheme is unconstitutional"

 I also give the following request in a respectful manner: I now request that all unlawful actions, threats, enforcement, violations, customs and policy, 09- 05-2019, etc. be halted till this hearing, matter and clarification is done in order for both parties to determine where will this issue stand. (SAC. Doc 368 P.15)

My hearing was never granted and no other actions were ever taking against me. So at this point, I figured defendants, had recognized federal law, and decided to leave me alone since my religious activity was 100% lawful and protected by the constitution.

However on September 18, 2019 Sheriff Allen Cooper , Did bring Code enforcement officers to search my Green house without a warrant. The result was the following ticket.  (SAC Doc # 68 P. 22)

UNIFORM SUMMONS & COMPLAINT [ ] PENALTY ASSESSMENT [ ] CASE REPORT # *19??-00?*  No. **104**

| FREMONT COUNTY CODE ENFORCEMENT | | | STATE OF COLORADO | | |
|---|---|---|---|---|---|
| DATE OF VIOLATION<br>*9·18·19* | TIME OF VIOLATION<br>*10:50 am* | LOCATION OF VIOLATION<br>*Lark Mtn Ln Cañon* | | COUNTY<br>Fremont | NO.<br>14 |

| DEFENDANT<br>*Colton Gideon Wolfe* | DATE OF BIRTH<br>*1-4-91* | AGE | CONTACT TELEPHONE No.<br>*7204026144* |
|---|---|---|---|

| DEFENDANT ADDRESS<br>*310 N Fairview St* | (CITY)<br>*Woodland Park* | (STATE)<br>*CO* | (ZIP CODE)<br>*80863* |
|---|---|---|---|

| DRIVER LICENSE/ID No.<br>*?????? 11-223-0101* | DESCRIPTORS :  | Height:<br>*6'04"* | Weight:<br>*180 lb* | Eye Color:<br>*Brn* |
|---|---|---|---|---|

**ORDINANCE NO. 1 SERIES OF 2017**

| SECTION NO. | VIOLATION | FINE SUR |
|---|---|---|
| SECTION 6 (A) | Cultivation is non-compliant with State of Colorado regulatory requirements and/or County of Fremont ordinances | *??? ??* |
| SECTION 6 (B) | Accessible to public or person(s) under the age of twenty-one (21) | *250 00* |
| SECTION 6 (E) | Cultivation by a caregiver for more than five (5) persons and/or is not designated by the patient as a caregiver | |
| SECTION 6 (F) | Cultivation is perceptible by: *Vision from adjoining property* | *250 00* |
| SECTION 6 (G) | Cultivation in a Travel Trailer Park, Campground or on any property allowing or containing temporary residential uses by non-owners | |
| SECTION 6 (H) | Exceeding plant count limit | |
| SECTION 6 (I) | Failure to obtain permission to grow from property owner | |
| SECTION 6 (J) | Cultivation of marijuana plants on behalf of others not meeting provisions of Ordinance | |
| SECTION 6 (K) | Improper disposal of waste product from marijuana cultivation | |
| SECTION 6 (L) | Cultivation for licensed Marijuana Establishment | |
| SECTION 6 (N) | Non-compliance for extraction | |
| SECTION 6 (O) | Cultivation occurring on non-legal parcel | |
| SECTION 6 (P) | Documentation not readily available on site | |
| SECTION 6 (Q) | Cultivation of personal use or recreational marijuana on non-residential, unoccupied or vacant property | |
| SECTION 7 | | |
| SECTION 8 | | |
| SECTION 9 | | |
| | | |
| | | |
| | | |

| Total Fine *500 00* | Total Surcharge *15 00* | Total to be Paid *515 00* |
|---|---|---|

Without admitting guilt, I promise to appear at the time and place indicated above.

My signature is a promise to pay this penalty assessment with (20) days. With payment, I acknowledge guilt on all charges listed above. If I do not pay, my signature is a promise to appear in court.

DEFENDANT: *Colton* _____
NOTICE: SEE INSTRUCTION – SUMMONS ON REVERSE SIDE

DEFENDANT: *Colton* _____
NOTICE SEE INSTRUCTION – PENALTY ASSESSMENT- ON REVERSE SIDE

The undersigned has probable cause to believe the defendant committed the offense(s) against the peace and dignity of the people of the County of Fremont, State of Colorado and affirms that a copy of this summons and complaint or penalty assessment was served upon the defendant.

Date Issued: *9·18·2019*   Officer Last Name: *Manic*   Officer Signature: *Danielle Adair*

*Crt Date*
*9:00 am   10·8·19*

White Copy: Treasurer, Green: Defendant, Yellow: Fremont County Court, Pink: District Attorney, Gold: Code Enforcement

*(SAC Doc # 68 P. 22)*

After I received the Ticket I gave the County Defendants a page Notice/ Complaint

Exhibit 1 is Connect to SAC. = Complaint to Fremont County government is Doc # 55-3

(Exhibit 1) is a Complaint, I sent to the City Attorney, Fremont County Sheriff's Department, and Planning and Zoning. This Complaint is 9 pages long and covers all the constitutional violations against me by the Freemont County Government.

In this Complaint I call out those who have violated my rights by name. I also speak on my multiple attempts to rectify violations. ( SAC. Doc # 68 P.23)

**<u>The following is from that complaint:</u>**

Public servants from Fremont County continue to try to force me into an unconstitutional licensing scheme. Leary v. United States, 395 U.S. 6 (1969), is a U.S. Supreme Court case dealing with the constitutionality of the Marihuana Tax Act of 1937. Timothy Leary, a professor and activist, was arrested for the possession of marijuana in violation of the Marihuana Tax Act. Leary challenged the act on the ground that the act required self-incrimination, which violated the Fifth Amendment. The unanimous opinion of the court was penned by Justice John Marshall Harlan II and declared the Marihuana Tax Act unconstitutional. Thus, Leary's conviction was overturned. Congress responded shortly thereafter by replacing the Marihuana Tax Act with the newly written Controlled Substances Act while continuing the prohibition of certain drugs in the United States.[1] (Exhibit 1 from my SAC. Complaint to Fremont County government is Doc # 55-3 P. 2).

The Federal Government lost when they tried their Unconstitutional licensing scheme, what make you think you will win.. This is a landmark case. This case also proves that the rights that you are violating are law. YOU DO NOT QUALIFY FOR IMMUNITY. I will expose every victim in your Unconstitutional Scheme and will shut you whole Planning Dept down. I will be your huckleberry. You individuals believe that you are above my religion above my God. I am

giving you a chance by showing you the law.. You are put on notice. The moment that I have damages over 1 dollar, I will have standing, and I will file my complaint in Federal Court for Depravations of rights. (Exhibit 1 from my SAC. Complaint to Fremont County government is Doc # 55-3 P. 2).

Continuous violations of Free Exercise. You are trying to stop me from building my Church. You are trying to stop my Prayer. I am being targeted and retaliated against for my free exercise. You cannot charge me a penny all my activities are religious. If you want to go to war with my Constitution I am willing and ready. Wolfe vs Fremont County will be a landmark case I have plenty of evidence and videos to show the Jury.. (Exhibit 1 from my SAC. Complaint to Fremont County government is Doc # 55-3 P.2).

I also make it clear that Since my Activity is Religious , and, I can not be charged fees for engaging in a Constitutional right.

U.S. Supreme Court

Murdock v. Pennsylvania, 319 U.S. 105 (1943)

Murdock v. Pennsylvania

No. 480

Argued March 10, 11, 1943

Decided May 3, 1943*

319 U.S. 105

Syllabus

1. A municipal ordinance which, as construed and applied, requires religious colporteurs to pay a license tax as a condition to the pursuit of their activities, is invalid under the Federal Constitution as a denial of freedom of speech, press and religion. Pp. 319 U. S. 108-110.

2. The mere fact that the religious literature is "sold", rather than "donated" does not transform the activities of the colporteur into a commercial enterprise. P. 319 U. S. 111.

3. Upon the record in these cases, it cannot be said that "Jehovah's Witnesses" were engaged in a commercial, rather than in a religious, venture. P. 319 U. S. 111.

4. A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution. P. 319 U. S. 113.

5. The flat license tax here involved restrains in advance the Constitutional liberties of press and religion, and inevitably tends to suppress their exercise. P. 319 U. S. 114.

6. That the ordinance is "nondiscriminatory," in that it applies also to peddlers of wares and merchandise, is immaterial. The liberties guaranteed by the First Amendment are in a preferred position. P. 319 U. S. 115.

7. Since the privilege in question is guaranteed by the Federal Constitution, and exists independently of state authority, the inquiry as to whether the State has given something for which it can ask a return is irrelevant. P. 319 U. S. 115.

8. A community may not suppress, or the State tax, the dissemination of views because they are unpopular, annoying, or distasteful. P. 319 U. S. 116. Page 319 U. S. 106

9. The assumption that the ordinance has been construed to apply only to solicitation from house to house cannot sustain it, since it is not narrowly drawn to prevent or control abuses or evil arising from that particular type of activity.

P. 319 U. S. 117. 149 Pa.Super. 175, 27 A.2d 666, reversed.

CERTIORARI, 318 U.S. 748, to review affirmances of orders in eight cases refusing to allow appeals from judgments and sentences for violations of a municipal ordinance.

(Exhibit 1 from my SAC. Complaint to Fremont County government is Doc # 55-3 P.2,3).

At this time County Defendants once again could prosecute and at least try to enforce the ticket.

I went to the court Date, so that I could fight my Ticket but when I went to the court house there was no record of the Ticket. Once again the Freemont county government did decide to false charge me, only to balk when it came times to argue the law. (SAC. Doc# 68, P.24)

**Defendants were attempting to enforce an unconstitutional law.**

In Norton v. Shelby Cnty., 118 U.S. 425, 442, 6 S. Ct. 1121, 30 L. Ed. 178 (1886), the United States Supreme Court ("Supreme Court") stated that "[a]n unconstitutional act is not a law; it

confers no rights; it imposes no duties; it affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed."

"that a law repugnant to the constitution is void; and that courts, as well as other departments, are bound by that instrument. " Marbury v. Madison, 5 U.S. 137, 180 (1803)

Its has been clearly established in **Leary v. United States**, 395 U.S. 6 (1969),, that you cannot force an individual into a regulatory scheme,  that taxes and regulates marijuana, because registration in that scheme would violate an individual's Fifth Amendment rights.

**Leary v. United States**, 395 U.S. 6 (1969),[1] is a U.S. Supreme Court case dealing with the constitutionality of the Marihuana Tax Act of 1937. Timothy Leary, a professor and activist, was arrested for the possession of marijuana in violation of the Marihuana Tax Act. Leary challenged the act on the ground that the act required self-incrimination, which violated the Fifth Amendment. The unanimous opinion of the court was penned by Justice John Marshall Harlan II and declared the Marihuana Tax Act unconstitutional. Thus, Leary's conviction was overturned. Congress responded shortly thereafter by replacing the Marihuana Tax Act with the newly written Controlled Substances Act while continuing the prohibition of certain drugs in the United States.[1]

"When petitioner failed to comply with the Act, in late 1965, possession of any quantity of marihuana was apparently a crime in every one of the 50 States, including New York, where petitioner claimed the transfer occurred, and Texas, where he was arrested and convicted." *Leary v. United States*, 395 U.S. 6, 16 (1969)

Currently Marijuana is illegal under Federal law. If I was to register under Fremont County's regulatory Marijuana scheme. I would expose myself to a "real and appreciable" risk of self-incrimination under federal law.  It has already been clearly establish forcing me to do so would be Unconstitutional.

---

[1] https://en.wikipedia.org/wiki/Leary_v._United_States

> If read according to its terms, the Marihuana Tax Act compelled petitioner to expose himself to a "real and appreciable" risk of self-incrimination, within the meaning of our decisions in *Marchetti, Grosso*, and *Haynes*. Sections 4741-4742 required him, in the course of obtaining an order form, to identify himself not only as a transferee of marihuana but as a transferee who had not registered and paid the occupational tax under §§ 4751-4753. Section 4773 directed that this information be conveyed by the Internal Revenue Service to state and local law enforcement officials on request.

*Leary v. United States*, 395 U.S. 6, 16 (1969)

Petitioner had ample reason to fear that transmittal to such official of the fact that he was a recent, unregistered transferee of marihuana "would surely prove a significant `link in a chain' of evidence tending to establish his guilt" under the state marihuana laws then in effect. When petitioner failed to comply with the Act, in late 1965, possession of any quantity of marihuana was apparently a crime in every one of the 50 States, including New York, where petitioner claimed the transfer occurred, and Texas, where he was arrested and convicted.

*Leary v. United States*, 395 U.S. 6, 16 (1969)

Our own Federal Government could not tax and regulate Marijuana, that is why we have the Controlled Substance Act. Forced registration to Marihuana Tax Act was a violation of the Fifth Amendment.

Fremont County's regulatory Medical Marijuana scheme is Unconstitutional. It exposes myself to a "real and appreciable" risk of self-incrimination under federal law.

## III. PLAINTIFF'S SECOND CLAIM FOR RELIEF FOR RETALIATION FOR FIRST AMENDMENT FREE EXERCISE SHOULD NOT BE DISMISSED.

My arguments above show that I was engaged in real spiritual activity. Furthermore, it also shows that all county defendants were aware of that spiritual activity. That county defendants chose to retaliate even though I sent them clearly established law, that should have stopped their actions.

**IV. PLAINTIFF'S THIRD CLAIM FOR RELIEF FOR FOURTH AMENDMENT UNLAWFUL SEIZURE OF PERSON/FALSE ARREST NOT SHOULD BE DISMISSED.**

**Defendants Argue:** Third, though Plaintiff makes the conclusory allegation that there was no probable cause for the search, he does not allege that the magistrate was misled by an affidavit containing false information or information that the affiant would have known was false if not for his reckless disregard of the truth. (Doc # 75 P.11)

The magistrate was absolutely misled. Magistrate was never told that the location was a church, and the cannabis was grown for religious reasons. Detective Calhoun and Allen Cooper, purposely hide this.

Defendants were required to treat my church, the same as any other state licensed marijuana business under clearly established federal law.

The Free Exercise Clause commits government itself to religious tolerance, and upon even slight suspicion that proposals for state intervention stem from animosity to religion or distrust of its practices, all officials must pause to remember their own high duty to the Constitution and to the rights it secures. Those in office must be resolute in resisting importunate demands and must ensure that the sole reasons for imposing the burdens of law and regulation are secular.

*Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah*, 508 U.S. 520, 547 (1993)

My Church should have been treated like any state licensed marijuana business in Colorado. My protections come from Federal law.

12 billion in marijuana has been sold in Colorado, showing state licensed businesses are intertwined with our local economy. To say my Church cannot use Marijuana religiously would be a gross violation of my fundamental rights under the First Amendment.

Government is not free to disregard the First Amendment in times of crisis. At a minimum, that Amendment prohibits government officials from treating religious exercises worse than

comparable secular activities, unless they are pursuing a compelling interest and using the least restrictive means available. See Church of *Lukumi Babalu Aye, Inc. v. Hialeah*, 508 U. S. 520, 546 (1993). *Roman Catholic Diocese of Brooklyn v. Cuomo,* No. 20A87, 8 (U.S. Nov. 25, 2020)

> Colorado broke another marijuana sales record in 2021, with state officials reporting over $2.22 billion in cannabis purchases last year.

> The new figures released on Thursday by the Colorado Department of Revenue (DOR) also showed that the state took in $423,486,053 in tax revenue from medical and adult-use marijuana sales in 2021.

> The prior sales record occurred in 2020, when Colorado saw about $2.19 billion in marijuana purchases.

> Since the retail market launched in 2014, cannabis sales have exceeded $12 billion. As of January, tax revenue from those sales has reached $2,049,714,026.[2]

Daniel Victoria also never mention a church in his email that trigger the raid, even though he knew that all activity at my church with religious activity via numerous notices and complaints sent to him. His Email can be seen below. (AC. Document 68# P.25)

---

[2] https://www.marijuanamoment.net/colorado-set-a-marijuana-sales-record-in-2021-state-officials-report/

---

**Daniel Calhoun**

---

| | |
|---|---|
| **From:** | Daniel Victoria <daniel.victoria@fremontco.com> |
| **Sent:** | Thursday, July 30, 2020 7:22 AM |
| **To:** | Daniel Calhoun |
| **Subject:** | MMJ Grow/ Iron Mountain Lane |
| **Attachments:** | IMG_0355.JPG; IMG_0356.JPG; IMG_0357.JPG |

Morning Dan,

Attached are photos of the illegal marijuana grow on Iron Mountain Lane. The property's schedule # is 99104487 and is owned by Michelle Wolfe and last year was operated by his son Colton. We did not make contact when these photos were taken. The scale of this grow is significantly larger than last year. Michelle's camper is no longer on-site so he may have moved. I will also be forwarding these photos to BLM as this property is being accessed by trespassing through BLM land.

Daniel Victoria
Fremont County Code Enforcement
Planning and Zoning Department
(719)-276-7363

(AC. Document 68# P.25)

Law enforcement officers. Daniel Victoria, Detective Calhoun and Allen Cooper, all knew my grow was protected by 42 U.S.C. 2000cc - Protection of land use as religious exercise.

On or around 8/22/2019 I sent a "Demand for Hearing in case 19-43" (AC. Doc # 68, P. 15)

" My activities are religious and property is real religious property and if any property is damaged it will be considered obstruction of my free exercise and may be considered arson. The private location being spoken about is a sanctuary." (AC. Doc # 68, P. 15)

I now request that all unlawful actions, threats, enforcement, violations, customs and policy, 09-05-2019, etc. be halted till this hearing, matter and clarification is done in order for both parties to determine where will this issue stand. (AC. Doc # 68, P. 15)

Daniel Victoria, Detective Calhoun and Allen Cooper, never granted me a hearing, they also never continued their prosecution of alleged violations. By the actions of the government, I was under the impression that I was not breaking the law. If what I was doing was illegal they would have surely continued with their prosecution.

Furthermore, the government had a second chance to prosecute me and show that my actions at my church were illegal but once again the government would not prosecute. Below is an infraction that I received that was never prosecuted and never registered with the court.

nothing attaching me to the location that was Raided. The only thing that linked me to the grow was numerous notices I sent out in 2019. This can be seen in the letter that was set by Daniel Victoria that triggered the raid. Victoria had a vendetta against me. In his letter he never mentions a church or First Amendment exemptions. (This document P. 25)

I was charged as a retaliate against me for my First Amendment activity, both religious and involving speech. Also understand I was never given the hearing that I requested. Defendants were upset that I called out what they were doing as illegal and unconstitutional. ALLEN COOPER, Dan Victoria's Bell, McFall, Grantham and Bryant knew I was running a church. These defendants felt, by frivolously charging me they could end my First Amendment activity and destroy my church. (AC. Doc # 68, P. 27,28)

## V. PLAINTIFF'S FOURTH CLAIM FOR RELIEF FOR FOURTH AMENDMENT UNLAWFUL SEIZURE OF PROPERTY SHOULD NOT BE DISSMISSED.

### A. The Complaint Fails to State a Plausible Claim for Unlawful Seizure. BE DISMISSED

Arguments above explain why there was no probable cause. I was retaliated against. For asserting my First Amendment rights. Nowhere in any search warrant paperwork, nor any charging documents against me do you want to see the mention of religion nor church. However I can show you a long list of notices complaints and demands that 100% show everything I was

14

doing was religious/spiritual. All county defendants involved knew this. Not prosecuting and not giving my hearings show County Defendants were aware of my religious beliefs and were retaliating against me because of those religious beliefs.

UNIFORM SUMMONS & COMPLAINT [ ] PENALTY ASSESSMENT [ ] CASE REPORT # *1909-004* No. **104**

| FREMONT COUNTY CODE ENFORCEMENT | | | STATE OF COLORADO | | |
|---|---|---|---|---|---|
| DATE OF VIOLATION *9.18.19* | TIME OF VIOLATION *10:50 am* | LOCATION OF VIOLATION *Lork Mtn In Gideon* | | COUNTY Fremont | NO. 14 |

| DEFENDANT *Colton Gideon White* | | DATE OF BIRTH *1-4-91* | AGE | CONTACT TELEPHONE No. *7204026144* |
|---|---|---|---|---|

| DEFENDANT ADDRESS *310 N. Fairview St* | (CITY) *Woodland Park* | (STATE) *CO* | (ZIP CODE) *80863* |
|---|---|---|---|

| DRIVER LICENSE/ID No. *2222200 11-223-0dot* | DESCRIPTORS : | Height: *6'04"* | Weight: *180lb* | Eye Color: *DRN* |
|---|---|---|---|---|

ORDINANCE NO. 1 SERIES OF 2017

| | SECTION NO. | VIOLATION | FINE SUR |
|---|---|---|---|
| | SECTION 6 (A) | Cultivation is non-compliant with State of Colorado regulatory requirements and/or County of Fremont ordinances | |
| | SECTION 6 (B) | Accessible to public or person(s) under the age of twenty-one (21) | *250 00* |
| | SECTION 6 (E) | Cultivation by a caregiver for more than five (5) persons and/or is not designated by the patient as a caregiver | |
| | SECTION 6 (F) | Cultivation is perceptible by: *Vision from adjoining property* | *250 00* |
| | SECTION 6 (G) | Cultivation in a Travel Trailer Park, Campground or on any property allowing or containing temporary residential uses by non-owners | |
| | SECTION 6 (H) | Exceeding plant count limit | |
| | SECTION 6 (I) | Failure to obtain permission to grow from property owner | |
| | SECTION 6 (J) | Cultivation of marijuana plants on behalf of others not meeting provisions of Ordinance | |
| | SECTION 6 (K) | Improper disposal of waste product from marijuana cultivation | |
| | SECTION 6 (L) | Cultivation for licensed Marijuana Establishment | |
| | SECTION 6 (N) | Non-compliance for extraction | |
| | SECTION 6 (O) | Cultivation occurring on non-legal parcel | |
| | SECTION 6 (P) | Documentation not readily available on site | |
| | SECTION 6 (Q) | Cultivation of personal use or recreational marijuana on non-residential, unoccupied or vacant property | |
| | SECTION 7 | | |
| | SECTION 8 | | |
| | SECTION 9 | | |
| | | | |
| | | | |

Total Fine *500 00*     Total Surcharge *1500*     Total to be Paid *515 00*

Without admitting guilt, I promise to appear at the time and place indicated above.

My signature is a promise to pay this penalty assessment with (20) days. With payment, I acknowledge guilt on all charges listed above. If I do not pay, my signature is a promise to appear in court.

DEFENDANT: *Colton*
NOTICE: SEE INSTRUCTION – SUMMONS ON REVERSE SIDE

DEFENDANT: *Colton*
NOTICE SEE INSTRUCTION – PENALTY ASSESSMENT- ON REVERSE SIDE

The undersigned has probable cause to believe the defendant committed the offense(s) against the peace and dignity of the people of the County of Fremont, State of Colorado and affirms that a copy of this summons and complaint or penalty assessment was served upon the defendant.

Date Issued: *9.18.2019*     Officer Last Name: *Alanic*     Officer Signature: *Danielle Adair*

*Crt Date*
*9:00 am   10.8.19*

White Copy: Treasurer, Green: Defendant, Yellow: Fremont County Court, Pink: District Attorney, Gold: Code Enforcement

(AC. Doc # 68, P. 15)

After this infraction I sent County Defendants a 9 page complaint,  I address the fact I never received my hearing.

"I also sent certified Demands For a hearing in concerns with my dealing with Freemont County Planning.. Those Demands were ignored. Brednda L. Jackson and other public servants that are mentioned above willfully wantonly and with malicious intent did deny my Due Process and refuse to honor both the Colorado and U. S. Constitutions. Public Servant knew or should have known, this action have cause my 5th and 14th amendment rights to be violated by those who are clothed in the authority of the state and are working under the color of law." (Exhibit 1 Complaint to Fremont County government is Doc # 55-3 P.1)

Fremont County government once again fails to prosecute. Specifically, Detective Calhoun and Allen Cooper.

At this time I come to the conclusion that my conduct is legal. Since for a second time the government fails to prosecute.

**B. Plaintiff Fails to Plausibly Allege Personal Participation by Defendant Cooper.**

As to Defendant Cooper, the Complaint alleges nothing other than he destroyed Plaintiff's property. (Doc. 68 at p. 58.) But, even if taken as true, the face of the Search Warrant called for the destruction of any excess marijuana plants. (Doc #75 P.11)

18 U.S.C. 247 says, *"whoever intentionally defaces, damages, or destroys any religious real property, because of the religious character, or attempts to do so; or obstructs by force or threat of force against religious real property, any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so, will be punished in subsection (d)."*
Defendant CoopER commits federal crimes. He already knew the location was a church. He is head of a very small, ridiculously small, sheriffs dept. I do believe they only have one detective. In my 9 page complaint, you can see all the officers that were sent to my dad's property, when

17

my father called Fremont County Sheriff's Department and threatened to kill me. The four people pictured, that IS their swat team. Fremont County is A 1 horse town. The Sheriff's Department is so small, when a deputy slaps his wife all the wives feel it.

Defendant Cooper receives more than one complaint detailing my location was A church and all activity was religious. It was defendant Cooper's duty to make sure check was acting correctly with information that was very instilled in him.

## VI. NO INDIVIDUAL COUNTY DEFENDANTS ARE ENTITLED TO QUALIFIED IMMUNITY.

*Leary v. United States*, 395 U.S. 6, 89 S. Ct. 1532 (1969) states that Defendants cannot tax and regulate marijuana.

*Church of Lukumi Babalu Aye, Inc. v. Hialeah, 508 U. S. 520, 546 (1993).* That my church should have been treated the same as a business. That the taking of my real religious property and the frivolous charging incarceration of myself was unconstitutional.

*Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal*, 546 U.S. 418, 126 S. Ct. 1211 (2006)
That controlled substances can be protected by religious activity and the First Amendment.

It relied on the Religious Freedom Restoration Act of 1993, which prohibits the Federal Government from substantially burdening a person's exercise of religion, unless the Government "demonstrates that application of the burden to the person" represents the least restrictive means of advancing a compelling interest. 42 U. S. C. § 2000bb-1(b).

*Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal*, 546 U.S. 418, 423 (2006)

## VII. PLAINTIFF'S FIFTH CLAIM FOR RELIEF FOR A RICO VIOLATION SHOULD NOT BE DISMISSED.

The creation and enforcement of statutes and administrative rules—even those that may later be found unconstitutional—do not constitute predicate acts upon which a RICO claim may rest. See 18 U.S.C. §§ 1961(1), 1962. Ruggles, 2020 WL 5636898 at *3. (Doc #75 P.15)

Defendant cite law, in a district that has no bearing and sets no precedent in the 10th circuit. However if defendants would have cut and copied the entire paragraph its clear that the case supports my position, more than it supports the Defendants position.

"And as Plaintiff alleges no facts supporting an inference that the Government Defendants engaged in any other predicate acts, the Court does not find any support for Plaintiff's RICO claim against them in their individual capacities. " *Ruggles v. Ige*, Case No. 20-cv-00247-DKW-KJM, 8 (D. Haw. Sep. 21, 2020)

I claim multiple money laundering violations. I am not claiming just enforcement of statutes and administrative rules.

## VIII. PLAINTIFF'S CLAIMS FOR RELIEF UNDER C.R.S. § 13-21-131 SHOULD NOT BE DISMISSED.

The Colorado constitution mirrors the federal constitution. And the clearly established rights that I shown have been violated, will also apply to violations under C.R.S. § 13-21-131.

## IX. PLAINTIFF'S CLAIM FOR MUNICIPAL LIABILITY SHOULD NOT BE DISMISSED.

Municipalities do not qualify for immunity.  Throughout this response, I have established many of my clearly established rights have been violated. Furthermore the regulating and taxing of marijuana, that has been established to be unconstitutional was a policy of Fremont County.

## Conclusion

Defendants receive multiple notices, not only about my church but about my religious activity. On two occasions they had chances, to prove my constitutional arguments were inferior to their state law and racketeering schemes. In the application for the search warrant they never mentioned the religious activity nor the fact that my property was a church. Even after they raided my church, and took away my spiritual sacred plants, defendants still failed to get any type of criminal conviction. My step son has suffered so much, our family has suffered so much. Fremont County is the lu Klux Klan, they believe because they are a small town in the mountains they can do whatever the hell they want. Multiple times all defendants completely disregard constitutional and federal law. County defendants piss on their oath, violate my rights, and laugh about it. Fremont County makes its own laws, that's how things run in Klan land. I asked the honorable court to allow my claims to move forward to jury trial. I also ask the honorable court to open up discovery, so we can truly see how grossly county defendants have violated federal law.

Respectfully submitted this 29th day of  March, 2023.

s/Colton Wolfe,

4305 Mallow road

Colorado Spring Colorado 80907

720 402 6144

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March,  29, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.